269 So.2d 183

**Ex parte Huey R. LEE.**

**3 Div. 164.**

Court of Criminal Appeals of Alabama.

Aug. 15, 1972.

Rehearing Denied Sept. 12, 1972.

Huey R. Lee, pro se.

No brief filed for the State.

TYSON, Judge.

Huey R. Lee filed an original petition for Writ of Habeas Corpus with the Su-

**752**

preme Court of Alabama. The case was transferred to the Court of Criminal Appeals where the Writ was denied, without opinion.

Writ denied.

Certiorari denied, Ala., 269 So.2d 184.